*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY
### (Camden)

|  |  |
|---|---|
| **IN RE:** | Proceedings in Chapter 13 |
| | Case No. 22-19331 (JNP) |
| **Krista M. Riley,** | |
| | *NOTICE OF MOTION TO DISMISS DEBTOR(S)'* |
| **Debtor(s)'.** | *CHAPTER 13 BANKRUPTCY CASE* |
| | *HEARING DATE: November 21, 2025 at 10:00 a.m.* |

Terrey Tucker, Esquire
80 West Broad Street
Bridgeton, NJ 08302

Krista M. Riley
5 Oaklyn Terrace
Elmer, NJ 08318

Andrew B. Finberg, Chapter 13 Standing Trustee, has filed papers with the Court for an Order to Dismiss Debtor(s)' Chapter 13 Bankruptcy Case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought or you want the court to consider your views on the motion, then on or before (November 14, 2025).

You or your attorney must file a written answer, explaining your position at:

CLERK
U.S. BANKRUPTCY COURT
P. O. BOX 2067
CAMDEN, NJ 08101-2067

If you mail your response to the Court for filing, you must mail it early enough so the Court

will receive it on or before the date stated above.

You must also mail a copy to:

ANDREW B. FINBERG
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002-2977

You must also attend the hearing scheduled for November 21, 2025 at 10:00 a.m. in the

courtroom of Judge Jerrold N. Poslusny, Jr., U.S. BANKRUPTCY COURT, U.S. POST

OFFICE AND COURTHOUSE BUILDING, 401 MARKET STREET, 4TH FLOOR,

COURTROOM 4C, CAMDEN, NJ 08102-1104.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the

relief sought in the motion and may enter the order granting relief.


Date: October 31, 2025                           By:    /s/ Andrew B. Finberg
                                                         Andrew B. Finberg,
                                                         Chapter 13 Standing Trustee